B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

# Voluntary Petition

Name of Debtor (if individual, enter Last, First, Middle):
**LHC, LLC**

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)
**23-7307728**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)

Street Address of Debtor (No. and Street, City, and State):
**801 Wesemann Drive**
**Dundee, IL**
ZIP Code **60118**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**Kane**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **LHC, LLC**

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**LHC, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777 Fax: 312-641-7114**
Telephone Number

**February 25, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter A. Buh**
Signature of Authorized Individual

**Peter A. Buh**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 25, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **LHC, LLC** Debtor(s)

Case No. ____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Anderson Lock<br>PO Box 2294<br>Des Plaines, IL 60017** | **Anderson Lock<br>PO Box 2294<br>Des Plaines, IL 60017** | | | **323.78** |
| **AQ Technologies, Inc.<br>29 N. Wacker Dr., Ste. 250<br>Chicago, IL 60606** | **AQ Technologies, Inc.<br>29 N. Wacker Dr., Ste. 250<br>Chicago, IL 60606** | | | **1,636.01** |
| **AT&T<br>P.O. Box 8102<br>Aurora, IL 60507-8102** | **AT&T<br>P.O. Box 8102<br>Aurora, IL 60507-8102** | | | **564.40** |
| **Cintas Corp #355<br>5100 26th Ave.<br>Rockford, IL 61109** | **Cintas Corp #355<br>5100 26th Ave.<br>Rockford, IL 61109** | | | **106.68** |
| **ComEd<br>Payment Processing<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111** | **ComEd<br>Payment Processing<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111** | | | **7,067.31** |
| **Country Gas Company<br>4010 Highway 14<br>Crystal Lake, IL 60014** | **Country Gas Company<br>4010 Highway 14<br>Crystal Lake, IL 60014** | | | **387.50** |
| **Dessertfull Bakery<br>1961 Huntley Rd.<br>Dundee, IL 60118** | **Dessertfull Bakery<br>1961 Huntley Rd.<br>Dundee, IL 60118** | | | **113.10** |
| **Floyd Perkins, Esq.<br>Ungaretti & Harris<br>Three First National Plaza, #3500<br>Chicago, IL 60602** | **Floyd Perkins, Esq.<br>Ungaretti & Harris<br>Three First National Plaza, #3500<br>Chicago, IL 60602** | | | **Unknown** |
| **Green Scene<br>3515 Stern Dr.<br>Saint Charles, IL 60174** | **Green Scene<br>3515 Stern Dr.<br>Saint Charles, IL 60174** | | | **4,166.66** |
| **Greenberg Traurig<br>77 W. Wacker Dr.<br>Ste. 2500<br>Chicago, IL 60601** | **Greenberg Traurig<br>77 W. Wacker Dr.<br>Ste. 2500<br>Chicago, IL 60601** | | | **91,956.89** |
| **Huntley Park District<br>12015 Mill St.<br>Huntley, IL 60142** | **Huntley Park District<br>12015 Mill St.<br>Huntley, IL 60142** | | | **400.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **LHC, LLC** Case No. ____________
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Interstate Gas Supply, Inc.<br>2560 Momentum Place<br>Chicago, IL 60689-5325** | **Interstate Gas Supply, Inc.<br>2560 Momentum Place<br>Chicago, IL 60689-5325** | | | **4,257.89** |
| **Jorson & Carlson<br>501 Pratt Blvd.<br>PO Box 796<br>Elk Grove Village, IL 60007** | **Jorson & Carlson<br>501 Pratt Blvd.<br>PO Box 796<br>Elk Grove Village, IL 60007** | | | **72.45** |
| **Laurx Design<br>6219 Shenandoah Dr.<br>Crystal Lake, IL 60012** | **Laurx Design<br>6219 Shenandoah Dr.<br>Crystal Lake, IL 60012** | | | **290.00** |
| **Lechner and Sons<br>420 Kingston Ct.<br>Mount Prospect, IL 60056** | **Lechner and Sons<br>420 Kingston Ct.<br>Mount Prospect, IL 60056** | | | **100.00** |
| **Logsdon Office Supply<br>1055 Arthur<br>Elk Grove Village, IL 60007** | **Logsdon Office Supply<br>1055 Arthur<br>Elk Grove Village, IL 60007** | | | **159.28** |
| **Muzak<br>PO Box 71070<br>Charlotte, NC 28272-1070** | **Muzak<br>PO Box 71070<br>Charlotte, NC 28272-1070** | | | **428.50** |
| **Oaklee's Family Guide<br>318 Half Day Rd.<br>Buffalo Grove, IL 60089** | **Oaklee's Family Guide<br>318 Half Day Rd.<br>Buffalo Grove, IL 60089** | | | **1,395.00** |
| **RMC, Inc.<br>234 James Street<br>Bensenville, IL 60106** | **RMC, Inc.<br>234 James Street<br>Bensenville, IL 60106** | | | **2,411.73** |
| **Wristbands Medtech USA, Inc.<br>PO Box #402389<br>Atlanta, GA 30384-2389** | **Wristbands Medtech USA, Inc.<br>PO Box #402389<br>Atlanta, GA 30384-2389** | | | **451.70** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 25, 2013** Signature **/s/ Peter A. Buh**
**Peter A. Buh**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Anderson Lock
PO Box 2294
Des Plaines, IL 60017

AQ Technologies, Inc.
29 N. Wacker Dr., Ste. 250
Chicago, IL 60606

AT&T
P.O. Box 8102
Aurora, IL 60507-8102

Brandino Corporation
1879 North Neltnor Blvd.,
#323
West Chicago, IL 60184

Cintas Corp #355
5100 26th Ave.
Rockford, IL 61109

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

Country Gas Company
4010 Highway 14
Crystal Lake, IL 60014

CSCG, Inc.
3701 Pin Oak
Lisle, IL 60532

Dessertfull Bakery
1961 Huntley Rd.
Dundee, IL 60118

Floyd Perkins, Esq.
Ungaretti & Harris
Three First National Plaza, #3500
Chicago, IL 60602

Green Scene
3515 Stern Dr.
Saint Charles, IL 60174

Greenberg Traurig
77 W. Wacker Dr.
Ste. 2500
Chicago, IL 60601

Huntley Park District
12015 Mill St.
Huntley, IL 60142

Interstate Gas Supply, Inc.
2560 Momentum Place
Chicago, IL 60689-5325

Jerry's Pro Shop, Inc.
501 Morse Ave., Unit #G
Schaumburg, IL 60193

John Deere Landscapes, Inc.
c/o Gregorey R. Noe
One John Deere Place
Moline, IL 61265

Jorson & Carlson
501 Pratt Blvd.
PO Box 796
Elk Grove Village, IL 60007

Kane County Tax Collector
Dundee, IL 60118

Laurx Design
6219 Shenandoah Dr.
Crystal Lake, IL 60012

Lechner and Sons
420 Kingston Ct.
Mount Prospect, IL 60056

Logsdon Office Supply
1055 Arthur
Elk Grove Village, IL 60007

Masonwerks, Inc.
c/o Thomas J. Morgan
6201 W. Touhy, #209
Chicago, IL 60646

Muzak
PO Box 71070
Charlotte, NC 28272-1070

Oaklee's Family Guide
318 Half Day Rd.
Buffalo Grove, IL 60089

Oakview, LLC
c/o Patrick J. Enright
10 S. LaSalle St., Suite 2900
Chicago, IL 60603

RMC, Inc.
234 James Street
Bensenville, IL 60106

Wells Fargo Bank, N.A.
WF 8113
PO Box 1450
Minneapolis, MN 55485-8113

William Smith
McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606

Wristbands Medtech USA, Inc.
PO Box #402389
Atlanta, GA 30384-2389

# United States Bankruptcy Court
## Northern District of Illinois

In re **LHC, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **LHC, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Leafs Hockey Club, Inc.**
**is the sole Member of the Debtor**

☐ None [*Check if applicable*]

**February 25, 2013**
Date

**/s/ DAVID K. WELCH**
**DAVID K. WELCH**
Signature of Attorney or Litigant
Counsel for **LHC, LLC**

**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy