IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.13-07001 |
| LHC, LLC, an Illinois limited liability company, | ) Chapter 11 |
| | ) Judge Donald R. Cassling |
| | ) |
| Debtor/Debtor-in-Possession. | ) |

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice of Final Hearing on Continued Use of Cash Collateral to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 6th day of March, 2013.

/s/David K. Welch

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 13-07001
LHC, LLC, an Illinois limited liability company, ) Chapter 11
) Judge Donald R. Cassling
)
Debtor/Debtor-in-Possession. ) **Hearing:** 4/2/13 @ 10:30 a.m.

## NOTICE OF FINAL HEARING ON CONTINUED USE OF CASH COLLATERAL

TO 20 LARGEST CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that a final hearing on the Debtor's Motion For Authority To Use Cash Collateral And For Related Relief ("Motion"), a copy of which was previously served upon you is set for **April 2, 2013 at 10:30 a.m.** before the Honorable Donald R. Cassling, courtroom 619, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the Motion shall be in writing and filed with Clerk of the Bankruptcy Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, by the close of business on **March 26, 2013**, with copies of such Objections to be served upon the following counsel in accordance with applicable provisions of the Federal Rules of Bankruptcy Procedure:

| | | |
|---|---|---|
| David K. Welch, Esq. | United States Trustee | William P. Smith, Esq. |
| Crane, Heyman, Simon, | Dirksen Federal Building | McDermott Will & Emery |
| Welch & Clar | 219 S. Dearborn St., #873 | 10 South Wacker Dr. |
| 135 S. LaSalle, #3705 | Chicago, IL 60604 | 227 W. Monroe Street |
| Chicago, Illinois 60603 | | Chicago, IL 60606-5096 |

DATE:   March 6, 2013

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan. Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777 – FAX: (312) 641-7114

Case 13-07001    Doc 23    Filed 03/06/13    Entered 03/06/13 11:04:44    Desc Main
            Document      Page 3 of 3

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

William Smith, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

Cornelius P. Brown
Cohon Raizes & Regal LLP
208 S. LaSalle St., Suite 1860
Chicago, IL 60604

Wells Fargo Bank, N.A.
WF 8113
PO Box 1450
Minneapolis MN 55485

Anderson Lock
Po Box 2294
Des Plaines, IL 60017

AQ Technologies, Inc.
29 N. Wacker Dr., Ste. 250
Chicago, IL 60606

AT&T
PO Box 8102
Aurora, IL 60507-8102

Cintas Corp. #355
5100 26th Ave.
Rockford, IL 61109

ComEd
Payment Processing
PO Box 6111
Carol Stream, IL 60197-6111

Country Gas Company
4010 Highway 14
Crystal Lake, IL 60014

Dessertful Baker
1961 Huntley Rd.
Dundee, IL 60118

Floyd Perkins, Esq.
Ungaretti & Harris
Three First National Plaza
Suite 3500
Chicago, IL 60602

Green Scene
3515 Stern Dr.
Saint Charles, IL 60174

Greenberg Traurig
77 W. Wacker Dr.
Suite 2500
Chicago, IL 60601

Huntley Park District
12015 Mill St.
Huntley, IL 60142

Interstate Gas Supply, Inc.
2560 Momentum Place
Chicago, Il 606089-5325

Jorson & Carlson
501 Pratt Blvd.
PO Box 796
Elk Grove Village, Il 60007

Kane County Tax Collector
Dundee, IL 60118

Laurx Design
6219 Shenandoah Dr.
Crystal Lake, IL 60012

Lechner and Sons
420 Kingston Ct.
Mount Prospect, IL 60056

Logsdon Office Supply
1055 Arthur
Elk Grove Village, IL 60007

Muzak
PO Box 71070
Charlotte, NC 28272-1070

Oaklee's Family Guide
318 Half Day Rd.
Buffalo Grove, IL 60089

RMC, Inc.
234 James Street
Bensenville, IL 60106

Wristbands Medtech USA, Inc.
PO Box 402389
Atlanta, GA 30384-2389