IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>LHC, LLC,<br>        Debtor. | Chapter 11<br><br>Case No. 13-07001<br><br>Honorable Judge Donald R. Cassling |

**ORDER APPROVING SCHEDULE CONCERNING MOTION FOR THE APPOINTMENT OF A TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a)**

This matter having come before the Court upon the Motion of Wells Fargo Bank, N.A., To Appoint a Chapter 11 Trustee Pursuant to 11. U.S.C. §1104(a) (the "Motion"),[1] the Court having set the Motion for an evidentiary hearing on May 23, 2013 at 9:00 a.m. (the "Hearing"). In conjunction with the Hearing, the parties have met and conferred and agreed to the following schedule relating to the Hearing:

1. **April 16, 2013** – the parties to disclose witnesses they are likely to call at the hearing along with a description of any issues that they expect that witness to testify about at the hearing.

2. **April 16, 2013** – the parties to serve requests for documents and interrogatories (interrogatories are limited to 20 interrogatories per party).

3. **April 30, 2013** - the parties to respond to the April 16 requests for documents and identification interrogatories.

4. **May 3, 2013** – the parties to respond to the April 16 contention interrogatories.

---

[1] Capitalized terms not defined herein shall the meaning given them in the Motion.

5. **May 8 to May 15, 2013** – the parties to take any depositions relating to the Hearing.

6. **May 10, 2013 at 4:00 p.m.** - Debtor's deadline to object to Wells' Motion.

7. **May 20, 2013 at 4:00 p.m.** - Wells' deadline to respond to Debtor's objection to Motion.

8. **May 20, 2013 by 2:00 p.m.** - the parties to file and serve: (a) stipulated statement of facts[2]; (b) final witness list; (c) final exhibit list (including copies of all proposed exhibits); and (d) deposition excerpts that they plan to have read at the hearing (does not include anything used for impeachment).

9. **May 21, 2013** – the parties to file and serve any objections to: (a) final witness list; (b) final exhibit list (failure to raise any objections will mean that the parties will agree that the exhibit can come into evidence without objection); (c) deposition excerpts that they plan to have read at the hearing (failure to object will mean that the excerpt can be read without objection); and (d) any motions in limine to be noticed for the start of the Hearing on May 23, 2013 at 9:00 a.m.

10. **May 23, 2013 at 9:00 a.m.** - the Hearing.

---

[2] The parties agree to work together to develop a joint statement of stipulated facts.

**IT IS SO ORDERED** that the parties' agreed to schedule is approved by the Court and the foregoing schedule will govern the proceedings relating to the Hearing on the Motion To Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a). This order and the schedule may be amended by the agreement of the parties or by further Court order.

ENTERED

*Donald R. Cassling*
UNITED STATES BANKRUPTCY JUDGE

April 10, 2013

DM_US 42115337-4.040828.0022