UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>LHC, LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 13-07001<br><br>Honorable Judge Donald R. Cassling |

### SIXTH AGREED INTERIM ORDER (A) AUTHORIZING INTERIM USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION TO TRUSTEE AND (C) SCHEDULING A FINAL HEARING

This matter having come before the Court upon the *Motion for Authority to Use Cash Collateral and for Related Relief* (Docket No. 6, the "Motion")[1] filed by the debtor and debtor-in-possession in the above-captioned case (the "Debtor"); and an agreed order approving the Motion on an interim basis having been entered by this Court on March 5, 2013 (Docket No. 21), and then extended by this Court's interim order on i) April 2, 2013 (Docket No. 42); ii) May 24, 2013 (Docket No. 113); iii) June 4, 2013 (Docket No. 121) and iv) June 11, 2013 (Docket No. 125, the "June 11 Interim Order"); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and Wells Fargo Bank, N.A., not individually, but as successor trustee (the "Trustee") under the Indenture (defined below), having consented to the Debtor's use of cash collateral, solely on an interim basis, subject to the terms and conditions set forth herein:

---

[1]    All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

THE COURT HEREBY ORDERS, AS FOLLOWS:

1. The Motion is granted and the June 11 Interim Order is extended on an interim basis from June 17, 2013 through June 30, 2013 (the "Term") pending a final hearing thereon, which is hereby scheduled for ~~June 25,~~_____, 2013 (the "Hearing Date").

2. The terms of the June 11 Interim Order shall govern and remain in effect; provided however, that Paragraph 2 of the June 11 Interim Order shall be modified and replaced by the following:

> Use of Cash Collateral. Subject to the terms and conditions set forth in this Order, the Debtor is, through and including the earlier of (a) the Term or (b) termination of this Order as set forth in Paragraph 10 below, authorized pursuant to Bankruptcy Code Sections 105, 361, 362 and 363, and Bankruptcy Rules 2002, 4001, 6003 and 9014 to use Cash Collateral on an interim basis. The Cash Collateral may only be used to fund the types and corresponding amounts of itemized expenditures contained in the budget attached hereto as Exhibit A (the "*Budget*") during the Term, and the Debtor may not use Cash Collateral in excess of the amount designated for a particular line-item in the Budget for any reason; provided, however, that no Cash Collateral shall be used for any capital expenditures during the Term regardless of whether such capital expenditures are provided for in the Budget; provided, further, that no Cash Collateral shall be used to pay any expenditure contained in the Budget (other than payroll) unless such expenditure is supported by a written invoice which is provided to the Trustee in advance of any such payment and the Trustee does not provide the Debtor written notice of disapproval of such expenditure within 24 hours of the Trustee's receipt of any such written invoice; provided, further, that any amounts incurred by the Debtor but deferred and not paid prior to the Term shall not be paid by the Debtor during the Term; and provided, finally that any amendment or modification of the terms and conditions, or any amendment, modification, roll-forward or replacement of the Budget itself, shall be subject to the prior written consent of the Trustee or prior order of Court.

3. A final hearing on the Motion is scheduled for June 25, 2013, at 10:00 a.m. (the "Final Hearing").

Dated: June 17, 2013

ENTER *Donald R. Cassling*

Hon. Donald R. Cassling
United States Bankruptcy Judge

# EXHIBIT A

## CASH COLLATERAL BUDGET

**Leafs Ice Centre**
**Approved Cash Basis Budget**
**June 12-30**

|  | June 12-30 |
|---|---:|
| **Revenue** | |
| Contracted Ice Sales | 76,000.00 |
| Tournaments | |
| Youth Hockey - Little leafs | 3,500.00 |
| Youth Hockey - Camps | 1,000.00 |
| Adult Hockey | |
| Pinnacle | |
| Studio/training | |
| Figure Skating - Silver Leafs | 2,900.00 |
| Figure Skating - Camps | 2,100.00 |
| Figure Skating - Ice Shows | |
| Synchronized skating | |
| Ballet room | |
| Lease income | |
| Other revenue | 500.00 |
| Vending | 100.00 |
| Budgeted revenue | 86,100.00 |
| | |
| **Operating Expenses** | |
| | |
| **Payroll:** | |
| Youth Hockey - Little Leafs | 2,130.00 |
| Youth Hockey - Camps | 1,015.00 |
| Adult Hockey | |
| Pinnacle | |
| Studio | |
| Figure Skating - Silver Leafs | 3,960.00 |
| Figure Skating - Camps | |
| Figure Skating - Ice Shows | 286.00 |
| Synchronized skating | |
| Building | 1,200.00 |
| Office | 12,000.00 |
| Operations | 8,500.00 |
| Workmans Comp | |
| **Total Payroll** | 29,091.00 |
| | |
| **Operations:** | |
| Youth Hockey - Little Leafs | |
| Youth Hockey - Camps | (275.00) |
| Adult Hockey | |
| Pinnacle | |
| Figure Skating - Silver Leafs | |
| Figure Skating - Camps | |
| Figure Skating - Ice Shows | |
| Synchronized skating | |
| Ballet room | |
| Building | |
| **Total Operations** | (275.00) |
| | |
| **General and Administrative :** | |
| Insurance | 5,788.00 |
| Fuel | 449.50 |
| Alarm | |
| Waste removal | 449.41 |
| Utilities | 5,646.17 |
| Landscape/Snow removal | |
| Maintenance and Supplies | 6,526.17 |
| Office | 3,670.00 |
| Management fee | 7,500.00 |
| Bond Trustee Fee | 10,000.00 |
| **Total G&A** | 40,029.25 |
| | |
| **Total Operating expenses** | 68,845.25 |
| | |
| **Net Operating Income (Loss)** | 17,254.75 |
| | |
| Propety taxes reserve | 13,414.00 |
| Capital Improvement | |
| | |
| Net Cash Flow (Deficit) | 3,840.75 |