IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No.13-07001
LHC, LLC, an Illinois limited liability company,    )   Chapter 11
                                                    )   Judge Donald R. Cassling
                                                    )
        Debtor/Debtor-in-Possession.                )

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

   PLEASE TAKE NOTICE that on the 19th day of January, 2016 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Donald R. Cassling, Bankruptcy Judge, in the room usually occupied by him as courtroom 619 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion For Allowance of Final Compensation and Reimbursement of Expenses to Debtor's Special Counsel**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

   AT WHICH TIME and place you may appear if you so see fit.

                                            /s/David K. Welch
                                            Crane, Heyman, Simon, Welch & Clar
                                            135 S. LaSalle St., Suite 3705
                                            Chicago, Illinois 60603
                                            (312) 641-6777

## CERTIFICATE OF SERVICE

   The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties with an asterisk (*) on December 18, 2015, and a copy of the Notice regarding the fee hearing was served upon all parties on the attached service list, on the 18th day of December, 2015.

                                            /s/David K. Welch

## SERVICE LIST

United States Trustee *
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

William Smith, Esq. *
Nathan F. Coco, Esq.
James W. Kapp, III, Esq.
Jeffrey A. Rossman, Esq.
McDermott Will & Emery LLP
227 West Monroe St., Suite 4700
Chicago, IL 60606-5096

Cornelius P. Brown *
Cohon Raizes & Regal LLP
208 S. LaSalle St., Suite 1860
Chicago, IL 60604

Jeffrey D. Warren*
Burke Warren MacKay & Serritella PC
330 N. Wabash Ave., 22nd Floor
Chicago, IL 60611-3607

Scott M. Levin, Esq.*
Counsel for Team Illinois
Howard & Howard
200 South Michigan Ave., Suite 1100
Chicago, IL 60604-2461

LHC, LLC*
801 Wesemann Drive
West Dundee, IL 60118

Scott A. Bremer*
Quarles & Brady LLP
300 North LaSalle Street, Suite 400
Chicago, IL 60654-3422

Affirmed Medical
Service of Illinois
773 Tipperary
Gilberts, IL 60136

Alarm Detection Systems, Inc.
1111 Church Road
Aurora, IL 60505

Anderson Lock
PO Box 2294
Des Plaines, IL 60017

AQ Technologies, Inc.
29 N. Wacker Dr., Ste. 250
Chicago, IL 60606

AT&T
P.O. Box 8102
Aurora, IL 60507-8102

Atlas Companies
505 N. River Rd.
Schiller Park, IL 60176

Barrington Transportation Co. Inc.
315 South Hager Ave.
Barrington, IL 60010

Becker Arena Products, Inc.
6611 West Hwy 13
Savage, MN 55378

Brandino Corporation
1879 North Neltnor Blvd.,
#323
West Chicago, IL 60184

Canon Solutions America, Inc.
15004 Collections center Dr.
Chicago, IL 60693

Chubb & Son
POB 382001
Pittsburgh, PA 15250-8001

Cintas Corp #355
5100 26th Ave.
Rockford, IL 61109

Club Sports Consulting Group, Inc.
3701 Pin Oak
Lisle, IL 60532

ComEd
Payment Processing
P.O. Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Co.
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181

Country Gas Company
4010 Highway 14
Crystal Lake, IL 60014

CSCG, Inc.
3701 Pin Oak
Lisle, IL 60532

D.C. Landscaping & Snow Services
27W250 St. Charles Rd.
West Chicago, IL 60185

Dessertfull Bakery
1961 Huntley Rd.
Dundee, IL 60118

Fairfeld Facilities Management
8022 Lincoln Ave.
Skokie, IL 60077

Floyd Perkins, Esq.
Ungaretti & Harris
Three First National Plaza, #3500
Chicago, IL 60602

Green Scene
3515 Stern Dr.
Saint Charles, IL 60174

Greenberg Traurig
77 W. Wacker Dr., Ste. 2500
Chicago, IL 60601

Huntley Park District
12015 Mill St.
Huntley, IL 60142

Interstate Gas Supply, Inc.
2560 Momentum Place
Chicago, IL 60689-5325

Jerry's Pro Shop, Inc.
501 Morse Ave., Unit #G
Schaumburg, IL 60193

John Deere Landscapes, Inc.
c/o Gregorey R. Noe
One John Deere Place
Moline, IL 61265

Jorson & Carlson
501 Pratt Blvd.
PO Box 796
Elk Grove Village, IL 60007

Kane County Tax Collector
Dundee, IL 60118

Laurx Design
6219 Shenandoah Dr.
Crystal Lake, IL 60012

Leafs Hockey Club, Inc.
801 Wesemann Drive
West Dundee, IL 60118

Leafs Hockey Club, Inc.
C/o Avidan J. Stern
150 S. Wacker Drive, #2600
Chicago, IL 60606
Lechner and Sons
420 Kingston Ct.
Mount Prospect, IL 60056

Logsdon Office Supply
1055 Arthur
Elk Grove Village, IL 60007

Masonwerks, Inc.
c/o Thomas J. Morgan
6201 W. Touhy, #209
Chicago, IL 60646

Muzak
PO Box 71070
Charlotte, NC 28272-1070

Oaklee's Family Guide
318 Half Day Rd.
Buffalo Grove, IL 60089

Oakview, LLC
c/o Patrick J. Enright
10 S. LaSalle St., Suite 2900
Chicago, IL 60603

RMC, Inc.
234 James Street
Bensenville, IL 60106

Team Illinois
PO Box 1057
Lake Zurich, IL 60047

Unique Plumbing
9408 W. 47th St.
Brookfield, IL 60513

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  )
         )  Case No. 13-07001
LHC, LLC, an Illinois limited liability company,  )  Chapter 11
         )  Judge Donald R. Cassling
         )
Debtor/Debtor-in-Possession.  )

### NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S SPECIAL COUNSEL AND FOR RELATED RELIEF

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on December 18, 2015, Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses on behalf of Scott A. Bremer and the law firm of Quarles & Brady LLP (the "Q&B Motion"), requesting compensation and reimbursement of expenses in the amounts of $27,541.50 and $8.10 for the period commencing May 1, 2014 through and including August 7, 2015.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Q&B Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **15th day of January, 2016**, with a copy of said objection(s) to be simultaneously served upon David K. Welch, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Q&B Motion, together with objections timely filed, if any, will be held before the Honorable Donald R. Cassling, Bankruptcy Judge, Courtroom No. 619, 219 South Dearborn Street, Chicago, Illinois, on the **19th day of January, 2016, at the hour of 9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED: December 18, 2015

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705, Chicago, IL 60603
TEL: (312) 641-6777 FAX: (312) 641-7114
W:\GRACE\LHC LLC\Pay Special Counsel -Bremer.No.1.Fee Not.wpd

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No. 13-07001
LHC, LLC, an Illinois limited liability company,    )   Chapter 11
                                                    )   Judge Donald R. Cassling
                                                    )
        Debtor/Debtor-in-Possession.                 )

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: <u>Quarles & Brady LLP, Debtors' Special Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment:   <u>June 10, 2014</u>   (Retroactive to May 1, 2014)

Period for Which Compensation
is Sought:  From: <u>May 1, 2014</u>  through <u>August 7, 2015</u>

Amount of Fees Sought: $27,541.50

Amount of Expense
Reimbursement Sought:  <u>$8.10</u>

This is a(n):  Interim Application _____   Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| NONE | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: NONE

Date: December 18, 2015

Applicant:   Scott A. Bremer and the firm
             <u>Quarles & Brady LLP</u>

                              By: <u>/s/David K. Welch</u>
                                  Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.13-07001 |
| LHC, LLC, an Illinois limited liability company, ) | Chapter 11 |
| ) | Judge Donald R. Cassling |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTOR'S SPECIAL COUNSEL**

LHC, LLC, Debtor/Debtor-in-Possession herein, by and through its Attorneys, makes its Motion pursuant to Section 330 of the Bankruptcy Code for Allowance of Final Compensation and Reimbursement of Expenses to Scott A. Bremer and the Law firm of Quarles & Brady LLP ("Q&B"), Debtor's Special Counsel, for legal services rendered during the period May 1, 2014, through August 7, 2015; and in support thereof, states as follows:

**Introduction**

1. On February 25, 2013, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as Debtor in Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. By this Motion, the Debtor requests an allowance of final compensation and reimbursement of expenses to Q&B in the amounts of $27,541.50 and $8.10, respectively, for legal services rendered by Q&B to the Debtor during the period May 1, 2014 through August 7, 2015.

-1-

4.  Q&B has received no prior allowance of interim compensation in this Chapter 11 case. The post-petition retainer of $50,000.00 authorized by this Court in the Order authorizing the Debtor's retention of Q&B was not paid by the Debtor.

5.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within th meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

6.  The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

7.  The Debtor is an Illinois limited liability company which is located at 801 Wesemann Drive, West Dundee, Illinois and which owns and operates a multiple sheet ice rink facility commonly known as the "Leafs Ice Centre."

8.  The Debtor originally constructed the Leafs Ice Centre in 2007 with proceeds realized from the sale of Sports Facility Revenue Bonds that were loaned to the Debtor by the Illinois Finance Authority ("Authority") in the amount of $20,000,000.00 ("Bonds") pursuant to a series of loan documents executed by the Authority, the Debtor and Leafs Hockey Club, Inc ("Club").[1] Pursuant to the provisions of an Indenture Agreement, the Authority pledged and assigned to Wells Fargo Bank, N.A., as security for the bonds, all of the Authority's right, title and interest in and to the loan documents and all amounts due thereunder.

---

[1] The Club, the sole member of the Debtor, is a not-for-profit organization providing youth hockey and ice skating opportunities to the northwest suburbs of Chicago. The Club is the largest contract user of the Leafs Ice Centre and has filed its own Chapter 11 case in this Court.

9. In 2012, the Debtor purportedly generated gross revenue of approximately $3,100,000.00 while being operated by Club Sports Consulting Group, Inc. ("CSCG") pursuant to a Professional Management Services Agreement (the "CSCG Contract"). Due to serious issues relating to CSCG's management of the Leafs Ice Centre, on February 4, 2013, the Debtor, acting under its newly reconstituted board of directors, removed CSCG from its management and operational responsibilities.[2]

10. The Debtor replaced CSCG with Fairview Facilities Management, LLC ("FFM") pursuant to the terms and conditions of a management agreement.

11. On or about December 28, 2012, the Lender[3] commenced a foreclosure against the Debtor and others in the Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois relating to Leafs Ice Centre ("Foreclosure"). In the Foreclosure, the Lender also sought the appointment of a receiver for the Leafs Ice Centre and the Debtor's business.

12. The Debtor and the Lender had been engaged in negotiations concerning forbearance from the Lender with respect to the Lender's secured claims both before and after the filing of the Foreclosure. The Lender terminated these forbearance discussions on the afternoon of February 22, 2013, when Lender's Counsel informed Debtor's Counsel that it would proceed with the hearing on the appointment of a receiver in the Foreclosure on February 25, 2013, at 10:30 a.m. This decision by the Lender triggered the filing of this Chapter 11 case.

13. On March 29, 2013, the Lender filed a Motion to Appoint Chapter 11 Trustee ("Trustee Motion"). The defense of the Trustee Motion by the Debtor required extensive discovery

---

[2] The Debtor has rejected the CSCG Contract pursuant to Section 365 of the Bankruptcy Code.

[3] The Lender is UMB Bank, n.a., acting as successor bond trustee to Wells Fargo Bank, N.A. under a Trust Indenture dated February 1, 2007.

and a multi-day trial before this Court that culminated with this Court's Memorandum Opinion and Order dated July 16, 2013, denying the relief requested in the Trustee Motion.

14. On August 25, 2014, the Debtor filed its Plan of Reorganization ("Plan") and supporting Disclosure Statement.

15. Since this Court's decision on the Trustee Motion, the Debtor and the Lender have been negotiating the terms and conditions of a consensual exit strategy from this Chapter 11 case. Several complex issues, including tax ramifications and the procedures for the re-issuance of bonds, were encompassed in these negotiations.

16. On November 6, 2015, the Debtor filed its Motion under Rule 9019 of the Federal Rules of Bankruptcy Procedure seeking the approval of a global settlement among the Debtor, the Lender and the Club ("Settlement"). The Settlement was approved by this Court on December 15, 2015. This Settlement provides the basis for an exit strategy from this Chapter 11 case without the need to re-issue any of the underlying bonds.

### Legal Services Rendered to the Debtor

17. On June 10, 2014, this Court entered an Order authorizing the Debtor to retain Q&B as its Special Counsel in this Chapter 11 case retroactive to May 1, 2014, to provide legal services with respect to the proposed re-issuance of $20,000,000.00 Sports Facility Revenue Bonds, series 2014, from the Authority ("Bond Re-issuance Work"). A copy of this Court's Order of June 10, 2014, is attached to this Motion as **Exhibit A**.

18. The Debtor's Chapter 11 exit strategy prior to the Settlement, which was formulated in conjunction with the Lender, centered around a re-issuance of bonds in lesser amounts than originally issued as the primary component of a consensual Plan.

19. In order to implement such a bond-reissuance, the Debtor required the assistance of Q&B to advise the Debtor on the formal aspects of a bond-reissuance so that the Debtor could proceed with the consensual Plan with the Lender.

20. The services performed by Q&B with respect to the Bonds included:

   a. Developing Q&B's legal opinion regarding the validity and binding effect of the Bonds, the source of payment and security for the Bonds, and the excludability of interest on the Bonds from gross income by the owners thereof for federal income tax purposes to the extent applicable;

   b. Preparing and reviewing documents necessary or appropriate to the authorization, issuance, and delivery of the Bonds; coordinating the authorization and execution of such documents; and reviewing the enabling legislation;

   c. Assisting the Debtor and the Authority in seeking from other governmental authorities such approvals, permissions, and exemptions as are necessary or appropriate in connection with the authorization, issuance, and delivery of the Bonds;

   d. Reviewing legal issues relating to the structure of the Bond issuance; and

   e. Preparing and reviewing those sections of the Debtor's Disclosure Statement and any other disclosure materials to be disseminated in connection with the issuance of the Bonds involving a description of the Bonds, the legal security for the Bonds, and if applicable, the tax exemption interest on the bonds.

21. Attached to this Motion as **Exhibit B** is an itemization of the legal services rendered and expenses incurred by Q&B with respect to the Bond Re-issuance Work.

22. Q&B has been of significant assistance to the Debtor and Debtor's Counsel in this Chapter 11 case. Most importantly, Q&B' services were essential to the Debtor's ongoing reorganization efforts and the formulation of an exit strategy from this Chapter 11 case. However, as a result of the Settlement, the contemplated Plan became unnecessary thereby eliminating the need for Q&B to complete the Bond Re-issuance Work.

23.     The hourly rates charged by Q&B in this matter range from $250.00 per hour to $540.00 per hour. The following chart depicts the specific hourly rates of Q&B in this engagement:

| Name | 10/1/13-9/31/14 | 10/1/14-9/31/15 | 10/1/15-9/31/16 |
|---|---|---|---|
| | | | |
| Christopher Combest | $525 | $525 | $540 |
| Scott Bremer | $515 | $525 | $545 |
| Elizabeth Blutstein | $475 | $490 | $505 |
| Susan Nygren | $250 | $250 | $260 |

24.     Q&B seeks reimbursement of a single expense in the amount of $8.10 for an outside delivery charge on June 17, 2014, to Debtor's Counsel.

**Conclusion**

25.     The Debtor asserts that the final compensation and reimbursement of expenses requested in this Motion on behalf of Q&B are reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such professional services. Notably, Q&B projected that its fees for this engagement would approximate $60,000.00.

26.     The Debtor further submits that the compensation and reimbursement of expenses requested by Q&B are fair, reasonable and warranted under the circumstances.

WHEREFORE, LHC LLC, Debtor/Debtor-in-Possession herein, requests the entry of an Order allowing final compensation and reimbursement of expenses in the amounts of $27,541.00 and $8.10, respectively, to Scott A. Bremer and the law firm of Quarles & Brady LLP as Special Counsel and granting such other relief as may be just and appropriate.

Respectfully Submitted,

LHC, LLC, Debtor/Debtor-in-Possession

By: /s/David K. Welch
One of Its Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Brian P. Welch, Esq. (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705, Chicago, IL 60603
TEL: (312) 641-6777  FAX: (312) 641-7114
W:\GRACE\LHC LLC\Pay Special Counsel -Bremer.No.1.MOT.wpd